UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRISTINA HORNADAY-ALBERTS,<br><br>Plaintiff,<br><br>v.<br><br>REBECCA FRECHETTE,<br>INDIANAPOLIS HOUSING AGENCY,<br>MARCIA FUDGE (SCOTT TURNER)<br>SECRETARY,<br>HOUSING AND URBAN DEVELOPMENT,<br>YVONDA A. BEAN (in her capacity as)<br>Executive Director Indianapolis Housing<br>Agency,<br>CICOA AGING AND IN-HOME<br>SOLUTIONS,<br>KIMBERLY WISE (in her capacity as)<br>Executive Director Indianapolis Housing<br>Agency,<br><br>Defendants. | ) | No. 1:25-cv-00337-JPH-TAB |

## ORDER DISCHARGING SHOW CAUSE ORDER

The Court ordered Plaintiff's counsel, Julie Alexander, to show cause why sanctions should not be imposed for making misrepresentations to the Court in her Response Brief to Ms. Frechette's motion to dismiss, dkt. 138, in violation of Rule 11(b). Dkt. 155. Ms. Alexander filed a response to the Court's show cause order, dkt. 172, that: (i) demonstrates complete acceptance of responsibility for the inaccuracies in her Response Brief, dkt. 138; (ii) explains the cause of the inaccuracies, without making excuses; (iii) demonstrates her understanding of the seriousness of filing her Response Brief, dkt. 138, without having fulfilled her obligation to ensure that the content was accurate; and (iv)

identifies remedial measures she has taken and future measures she will take to ensure that her future court filings comply with Rule 11.

Imposing sanctions under Rule 11 is a context-sensitive decision and is based on a case-by-case inquiry. *See Perez-Castillo v. Blanche*, 177 F.4th 837, 846 (7th Cir. 2026) ("Not every case involving the misuse of AI merits sanctions."). Here, the Court has evaluated all the relevant facts detailed in Ms. Alexander's Response to the show cause order and concludes that under the specific circumstances presented in this case, a public reprimand is sufficient to fulfill the central goal of Rule 11(b)—"to deter abusive litigation practices." *Corley v. Rosewood Care Ctr., Inc. of Peoria*, 388 F.3d 990, 1013 (7th Cir. 2004).

So, the Court **reprimands** Ms. Alexander for having failed to fulfill her duties to the Court under Rule 11 when she filed her Response Brief, dkt. 138, without verifying the accuracy of its content. The Court now **discharges** the show cause order, dkt. 155.

**SO ORDERED.**

Date: 11/16/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel